**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:

**Debtor:** Sean Foley

Case #16-19531-JKO
Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 03-22-2017 and the following parties were present:

1. [ x ] The Debtor: not present
2. [ x ] The Debtor's Attorney: Trey Miller
3. [ x ] The Lender's Representative: Juliet Muller
4. [ x ] The Lender's Attorney: Ashley Popowitz

**B.** The final MMM conference was scheduled for 03-22-2017 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement


Dated: 05.04.17

Copies To:
[All Parties to Mediation]

Signature of Mediator: _____ //s// Christian McCue
Printed Name: Christian McCue
Address: 6245 N Federal Hwy # 418 Ft. Lauderdale , FL 33308
Phone: (954) 267-9377
Email: christian.mccue@mccuelaw.com