

**ORDERED in the Southern District of Florida on July 10, 2018.**

*[signature]*

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                             Case No: 16-19531-JKO

SEAN FOLEY                                              Chapter 13

        Debtor.
_____/

**ORDER DENYING**
**MOTION TO MODIFY [D.E. #78]**

THIS CAUSE came to be heard on July 9, 2018 on Debtor, Sean Foley's, Motion to Modify Plan [D.E. #78]. With good cause having been shown, it is

ORDERED:

1. The Motion is Denied.
2. The Debtor's Chapter 13 case shall be dismissed.

###

Submitted By:

Trey E. Miller
Law Office of Trey E. Miller III, P.A.
Attorney for Debtor
1501 N.W. 49th Street, Suite 203
Ft. Lauderdale, FL 33309
Telephone: (954) 981-9301


Attorney Trey E. Miller is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt.